UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DONCHIG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ABB INC., et al.,<br><br>Defendants. | Case No.26-cv-02368-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**<br><br>Re: Dkt. No. 6 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for July 28, 2026 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due by July 21, 2026.  This proceeding will be held via a Zoom webinar.

Dated: April 2, 2026

Mark B. Busby
Clerk of Court, United States District Court

By: _____
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR